IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREDERICO A. DACENZO,<br>        Plaintiff | :<br>:<br>: CIVIL NO. 3:10-CV-1776 |
| v. | :<br>: (JUDGE NEALON) |
| SHANNON CRAKE, et al.,<br>        Defendants | : (MAGISTRATE JUDGE BLEWITT)<br>: |

### ORDER

**NOW**, THIS 16th DAY OF AUGUST, 2012, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation (Doc. 61) is **ADOPTED**;

2. The motions to dismiss (Docs. 47, 48) are **GRANTED**;

3. Plaintiff's second amended complaint (Doc. 38) is **DISMISSED** with prejudice;

4. The Clerk of Courts shall **CLOSE** this case; and

5. Any appeal will be deemed frivolous, lacking merit, and not taken in good faith.

/s/ William Nealon
**United States District Judge**

**FILED**
**SCRANTON**

AUG 1 6 2012

PER _____
    DEPUTY CLERK